IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMALL A. WITHERSPOON,** : | |
| Petitioner, : | |
| : | |
| v. : | Civ. No. 24-2761 |
| : | |
| **THE DISTRICT ATTORNEY OF THE** : | |
| **COUNTY OF PHILADELPHIA, et al.** : | |
| Respondents. : | |

# O R D E R

**AND NOW**, this 31st day of January, 2025, upon consideration of *pro se* Petitioner Jamall A. Witherspoon's § 2254 Petition for a Writ of Habeas Corpus (Doc. No. 2), his Motions for a Stay in Abeyance (Doc. Nos. 7, 10), and United States Magistrate Judge Pamela Carlos' Report and Recommendation that a stay be granted (Doc. No. 11), it is hereby **ORDERED** that:

(1) The Report and Recommendation (Doc. No. 11) is **APPROVED** and **ADOPTED**.

(2) The Motions to Stay (Doc. Nos. 7, 10) are **GRANTED**.

(3) The instant matter is **STAYED** pending the completion of the petitioner's state PCRA proceedings.

(4) Petitioner **shall NOTIFY** this Court within thirty (30) days of the conclusion of his state PCRA proceedings and **ADVISE** whether he seeks to pursue his federal habeas petition.

(5) The District Attorney **shall FILE** updates advising this Court of the status of Petitioner's state PCRA proceedings every ninety (90) days from the date of this Order.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.